# UNITED STATES DISTRICT COURT

## Southern District of Illinois

**FILED**

**JUL 14 2011**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Marlon Laron Smith | |

Case No.  4:01CR40045-03-JPG

USM No. 05336-025

Judith Kuenneke, AFPD
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)   **as alleged below**    of the term of supervision.

☐ was found in violation of condition(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Manufacturing, or Delivering Cannabis and possession of Cannabis | 06/03/2010 |
| Statutory | The defendant was found in possession of marihuana and cocaine. | 06/26/2010 |

The defendant is sentenced as provided in pages 2 through   **3**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)   _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  **9804**

07/14/2011
_____
Date of Imposition of Judgment

Defendant's Year of Birth:    **1980**

_____
Signature of Judge

City and State of Defendant's Residence:
Cairo, IL 62914

J. Phil Gilbert                         District Judge
_____
Name and Title of Judge

July 14, 2011
_____
Date

DEFENDANT:  Marlon Laron Smith
CASE NUMBER:  4:01CR40045-03-JPG

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to call the On-Site Drug  Testing Program | 06/05/2010 |
| Standard # 1 | The defendant left the district without permission of the Court/probation | 12/29/2008 |
| Standard # 5 | The defendant failed to maintain regular employment | |

DEFENDANT: Marlon Laron Smith
CASE NUMBER: 4:01CR40045-03-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Time Served (12 months and 18 days)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL